UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMELLE RUSSELL,<br><br>                              Plaintiff<br><br>       v.<br><br>LEGRAND, et al.,<br><br>                              Defendants | Case No. 3:23-cv-00593-ART-CSD<br><br>ORDER |

Plaintiff has submitted a pro se civil-rights complaint under 42 U.S.C. § 1983 and filed a complete application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 4). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court—Lovelock Correctional Center—and the Court's mail is being returned as undeliverable, noting that Plaintiff is at Ely State Prison. (ECF No. 5). Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney. Nev. Loc. R. IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court **on or before February 16, 2024**.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff a courtesy copy of this order by delivering the same to Ely State Prison's law library.

DATED THIS 17th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE