UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMELLE RUSSELL, | Case No. 3:23-cv-00593-ART-CSD |
| Plaintiff | ORDER |
| v. | |
| LEGRAND, et al., | |
| Defendants | |

Plaintiff has submitted a pro se civil-rights complaint under 42 U.S.C. § 1983 and filed a complete application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 4). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court—Ely State Prison—and the Court's mail is being returned as undeliverable. (ECF No. 10). Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney. Nev. Loc. R. IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court **on or before July 18, 2024**.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff a courtesy copy of this order and the screening order (ECF No. 9) by delivering the same to Northern Nevada Correctional Center's law library.

DATED THIS 18th day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE