# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMELLE RUSSELL, | Case No. 3:23-cv-00593-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| LEGRAND, et al., | |
| Defendants. | |

Plaintiff, Jamelle Russell, pro se, and Defendant, Marvin Gonzalez, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claim against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 24th day of December, 2024.          DATED this 24th day of December, 2024.

                                                 AARON D. FORD
                                                 Attorney General

By: _____                      By: /s/ Samuel L. Pezone Jr.
Jamelle Russell #1089479                         SAMUEL L. PEZONE JR. (Bar No. 15978)
Plaintiff, Pro Se                                Deputy Attorney General

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: January 6, 2025